UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HARLEY SANWICK, JR.,

    Plaintiff,

v.                                       Case No: 8:19-cv-246-T-36AEP

OLD REPUBLIC TITLE INSURANCE
COMPANY and STEPHANIE DAVIS,

    Defendants.
_____/

## O R D E R

    This matter is before the Court upon review of the file.  Pursuant to a notice of settlement, on August 26, 2019, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 23). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.     This action is dismissed, with prejudice.

2.     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on October 28, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any